BEATRICE SIEGEL, Respondent, v. LOUIS SIEGEL, Appellant.— Order unanimously modified by reducing alimony to the sum of twenty dollars per week for the support and maintenance of plaintiff, and as so modified affirmed, without costs. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

EMPIRE MECHANICAL CORPORATION, Respondent, v. KERBY SAUNDERS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to an application for a jury trial of the legal causes of action. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (213–217 Dyckman St., New York City — Guarantee No. 215,592). RAPAPORT BROTHERS, as Attorneys for WILLIAM KLEIN, Trustee, Appellants; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK et al., Respondents.— Order so far as appealed from, modified by increasing the allowance to Rapaport Brothers, as attorneys for the trustee, to the sum of $400 as compensation for their services, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.; Dore, J. dissents and votes to affirm.

In the Matter of JOHN CASE et al. against PAUL V. PANZARELLA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 962.] Present — Townley, Glennon, Untermyer and Dore, JJ.

AGNES D. LESEMAN v. GNALBEL REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 959.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J. taking no part.

NATHAN NATELSON, as Receiver, v. UNION DIME SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 952.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

ELLEN H. LACHAUD et al. v. METROPOLITAN OPERA ASSOCIATION, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 992.] Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY (302–318 East 79th St., New York City — Series N-99).— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 987.] Present — Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between COMMERCIAL BOOKBINDING COMPANY et al. and WHITE HOUSE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 961.] Present — Townley, Glennon, Untermyer and Dore, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. 1165 FIFTH AVENUE CORPORATION et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 987.] Present — Townley, Glennon, Untermyer and Dore, JJ.